IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPITAL ONE INVESTING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES I & II, individually, and the marital communities and JOHN & JANE DOES I & II,<br><br>Defendants. | No. 2:17-cv-01436 RSL<br><br>**ORDER GRANTING EX-PARTE MOTION FOR RELIEF FROM TEMPORARY DISCOVERY STAY UNDER FRCP 26(d)**<br><br>[~~PROPOSED~~] |

THIS MATTER came on for hearing on Capital One Investing, LLC's ex-parte motion for an order granting plaintiff's request to conduct early discovery in this case, despite the temporary stay imposed by FRCP 26(d)(1). Plaintiff seeks this relief so that it may issue subpoenas duces tecum in an effort to identify the proper party-defendants in this John Doe matter.

The Court has considered plaintiff's motion, the accompanying Declaration of Scarlett Harper, along with the complaint filed contemporaneously with the same. The Court is therefore fully and duly informed.

ORDER GRANTING EX-PARTE
MOTION FOR RELIEF FROM
TEMPORARY DISCOVERY
CASE NO. 2:17-cv-01436 RSL     -     1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148

1   NOW, THEREFORE, the Court hereby GRANTS plaintiff's motion. The temporary
2   discovery stay ordinarily imposed by FRCP 26(d)(1) is lifted, and Capital One Investing, LLC,
3   is granted permission to conduct discovery, including specifically to serve subpoenas duces
4   tecum as may be necessary to identify the proper party-defendants to this action.

5   DATED this 6th day of December, 2017.

By: /s/ *signature*
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

KINSEL LAW OFFICES, PLLC

By:   /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorneys for Plaintiff Capital One Investing, LLC

503p.doc

---

**ORDER GRANTING EX-PARTE
MOTION FOR RELIEF FROM
TEMPORARY DISCOVERY
CASE NO. 2:17-cv-01436 RSL      -      2**

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148