IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPITAL ONE INVESTING, LLC, a Delaware Limited Liability Company,<br><br>                      Plaintiff,<br><br>   v.<br><br>SULTAN T. OOMMEN, individually, and the marital community of SULTAN T. OOMMEN and JANE DOE OOMMEN,<br><br>                      Defendants. | No. 2:17-CV-01436 RSL<br><br>**ORDER DISMISSING ALL DEFENDANTS PURSUANT TO CIVIL RULE 41(a)(1)(A)(i)** |

This matter came before the Court on the Plaintiff's Motion to Dismiss defendant Sultan T. Oommen, individually and his marital community, pursuant to Civil Rule 41(a)(1)(A)(i).

Based upon the above motion, it is hereby ORDERED, ADJUDGED AND DECREED that:

    1.    Plaintiff Capital One Investing, LLC's Motion to Dismiss defendant Sultan T. Oommen, individually and his marital community is GRANTED.

**ORDER GRANTING MOTION FOR DISMISSAL**   - 1
Cause No. 2:17-CV-01436 RSL

**LAW OFFICES OF**
**WILLIAM A. KINSEL, PLLC**
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148

2. Defendant Sultan T. Oommen, individually and his marital community, are accordingly dismissed without prejudice and without costs to either party.

DONE IN OPEN COURT this 19th day of June, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

**KINSEL LAW OFFICES**

By  s/William A. Kinsel
   William A. Kinsel, WSBA #18077
Attorneys for Plaintiff Capital One Investing, LLC

507p.doc

**ORDER GRANTING MOTION FOR DISMISSAL** - 2
Cause No. 2:17-CV-01436 RSL

**LAW OFFICES OF**
**WILLIAM A. KINSEL, PLLC**
FOURTH & BATTERY BUILDING
2401 Fourth Avenue, Suite 850
SEATTLE, WASHINGTON 98121
(206) 706-8148